✎AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

WESTERN   District of   ARKANSAS

UNITED STATES OF AMERICA
**V.**

JUSTIN LOVELL

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:    4:10CR40008-001
USM Number:    08600-010

Craig L. Henry
Defendant's Attorney

**THE DEFENDANT:**

X  plead guilty to violation of condition(s) of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | New Law Violation-Theft by Receiving | March 28, 2013 |
| Mandatory Condition | Positive Drug Screen for Marijuana | April 2, 2013 |
| Standard Condition #4 | Failure to Maintain Employment | November 13, 2013 |
| Standard Condition #6 | Failure to Notify Probation Officer of Change of Residence | March 28, 2013 |
| Standard Condition #9 | Association with Persons Engaged in Criminal Activity | March 28, 2013 |
| Mandatory Condition | Positive Drug Screen for Methamphetamine | April 16, 2014 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    xxx-xx-0004

Defendant's Date of Birth:    xx-xx-1986

Defendant's Residence Address:

xxxxxxxxxxxxxxxxxxxxxxxxx

Fouke, AR 71837

Defendant's Mailing Address:

Same as above

June 9, 2014
Date of Imposition of Judgment

/S/ Harry F. Barnes
Signature of Judge

Honorable Harry F. Barnes, United States District Judge
Name and Title of Judge

June 11, 2014
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT:         JUSTIN LOVELL
CASE NUMBER:       4:10CR40008-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :    twenty-one (21) months with no term of supervised release to follow.

X    The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the defendant be a candidate for the Intensive Substance Abuse Treatment Program while incarcerated in the Bureau of Prisons.

☐    The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

☐    at _____ ☐ a.m. ☐ p.m. on _____ .

as notified by the United States Marshal.

X    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X    before 2 p.m. on   July 16, 2014   .

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL